UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | 3:12-CR-00239 |
| | ) | |
| VICTORIA HUNT (5) | ) | |
| | ) | |

## ORDER

**THIS MATTER** is before the Court upon the defendant's Motion for Permission to Travel out of State of Employment Purposes (Doc. No. 873). It appearing that there is good cause for the granting of said Motion;

**IT IS THEREFORE ORDERED** that the defendant's Motion is hereby **GRANTED**, and she shall be allowed to travel to Virginia Beach, Virginia for training on Thursday, February 19, and Friday, February 20, 2015,[1] pursuant to her employment with Legal Resources.

**SO ORDERED.**

Signed: February 17, 2015

Graham C. Mullen
United States District Judge

---

[1] Defendant's Motion requested travel for Wednesday the 18th and Thursday the 19th; Defendant has notified the Court that, due to inclement weather, the dates of the event have been pushed back by a day.